ORAL ARGUMENT SCHEDULED JULY 12, 2017

NO. 15-72570

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**DIGNITY HEALTH**

Petitioner,

v.

**SURFACE TRANSPORTATION BOARD; UNITED STATES OF AMERICA,**

Respondents,

**CALIFORNIA HIGH-SPEED RAIL AUTHORITY,**

Intervenor.

**APPELLANT'S MOTION TO
VOLUNTARILY DISMISS APPEAL**

Pursuant to Federal Rule of Appellate Procedure, Rule 42(b) and the terms of the Settlement Agreement between Petitioner Dignity Health and Intervenor California High-Speed Rail Authority dated June 26, 2017, Petitioner Dignity

1

Health respectfully moves the Court for an order dismissing the above captioned appeal.

This motion concerns Appeal No. 15-72570 only and does not affect the pending appeal in No. 15-71780, *Kings County, et al., v. Surface Transportation Board*, with which the above captioned appeal is consolidated.

Counsel for Petitioner has contacted Respondents Surface Transportation Board and the United States, who does not intend to oppose this motion. (See, concurrently filed *Declaration of Michael J. Stump in Support of Motion for Voluntary Dismissal*.)

Petitioner and Intervenor have agreed in their Settlement Agreement that Intervenor shall bear Petitioner's costs and fees. Respondents shall bear their own costs and fees.

Dated: June 28, 2017            Respectfully Submitted,

                                                   MICHAEL J. STUMP, ESQ. (193542)
                                                   Borton Petrini, LLP

                                                   /s/ Michael J. Stump
                                                   MICHAEL J. STUMP
                                                   Borton Petrini, LLP
                                                   5060 California Avenue, Suite 700
                                                   Bakersfield, CA 93309
                                                   (661) 322-3051
                                                   (661) 322-4628 FAX
                                                   *Counsel for Appellant*
                                                   *Dignity Health, a California*
                                                   *nonprofit public benefit corporation*

**PROOF OF SERVICE (Code Civ. Proc., § 1013a)**

**STATE OF CALIFORNIA, COUNTY OF KERN**

I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is Borton Petrini, LLP, 5060 California Avenue, Suite 700, Bakersfield, CA 93309.

On **June 28, 2017**, I served the foregoing document described as **APPELLANT'S MOTION TO VOLUNTARILY DISMISS APPEAL** on the other parties in this action by way of the CM/ECF System:

Danae Jean Aitchison
AGCA-Office of the California Attorney General
15th Floor
1300 I Street
Suite 125
Sacramento, CA 95814
Email: danae.aitchison@doj.ca.gov

Douglas P. Carstens
Chatten-Brown & Carstens LLP
Suite 318
2200 Pacific Coast Highway
Hermosa Beach, CA 90254
Email: dpc@cbcearthlaw.com

Stuart Milton Flashman
Law Offices of Stuart M. Flashman
5626 Ocean View Drive
Oakland, CA 94618
Email: stu@stuflash.com

Theodore Leonard Hunt
Surface Transportation Board
Office of the General Counsel
Suite 1260
395 E Street, S.W.
Washington, DC 20423
Email: theodore.hunt@stb.gov

Helen H. Kang
Environmental Law and Justice Clinic
Golden Gate University School of Law
536 Mission Street
San Francisco, CA 94105
Email: hkang@ggu.edu

Craig M. Keats
Surface Transportation Board
Office of the General Counsel
395 E Street, S.W.
Washington, DC 20423
Email: craig.keats@stb.dot.gov

Evelyn G. Kitay
Surface Transportation Board
Office of the General Counsel
Suite # 1260
395 E Street, S.W.
Washington, DC 20423
Email: kitaye@stb.dot.gov

Barbara Miller
Surface Transportation Board
Office of the General Counsel
395 E Street, S.W.
Washington, DC 20423
Email: barbara.miller@stb.dot.gov

William A. Mullins
Baker & Miller PLLC
2401 Pennsylvania Avenue NW
Washington, DC 20037
Email: wmullins@bakerandmiller.com

Deborah Ann Sivas
Mills Legal Clinic
Environmental Law Clinic
559 Nathan Abbott Way
Stanford, CA 94305-8610
Email: dsivas@stanford.edu

Jessica Tucker-Mohl
AGCA-Office of the California Attorney General
15th Floor
1300 I Street
Suite 125
Sacramento, CA 95814
Email: jessica.tuckermohl@doj.ca.gov

☑ **BY ELECTRONIC SERVICE:** By means of the CM/ECF System

☑ **STATE:** I declare under penalty of perjury that the above is true and correct.

Executed on **June 28, 2017**, at Bakersfield, California.

| **Michael J. Stump** | /s/Michael J. Stump |
|---|---|
| Type or Print Name | Signature |

2
PROOF OF SERVICE - APPELLANT'S MOTION TO VOLUNTARILY DISMISS APPEAL